CLOSED

# U.S. District Court
## Western District of North Carolina (Charlotte)
## CRIMINAL DOCKET FOR CASE #: 3:25-mj-00020-SCR All Defendants

Case title: USA v. Ashtor

FILED BY____BM____D.C.

*Jan 27, 2025*

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Date Filed: 01/22/2025

Date Terminated: 01/23/2025

Assigned to: US Magistrate Judge Susan C. Rodriguez

**Defendant (1)**

**Emanuel Ashtor**
*TERMINATED: 01/23/2025*
*also known as*
Ndagijimana Emmanuel
*TERMINATED: 01/23/2025*

represented by **Taylor Goodnight**
Federal Public Defender
129 West Trade St.
Suite 300
Charlotte, NC 28202
704-374-0720
Email: taylor_goodnight@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

18:371 - CONSPIRACY TO A DAMAGE A
PROTECTED COMPUTER; 18:1349 -
CONSPIRACY TO COMMIT WIRE
FRAUD AND MAIL FRAUD; 18:1956(h) -
CONSPIRACY TO COMMIT MONEY

**Disposition**

LAUNDERING; 18:1028(a)(2) and (f) -
CONSPIRACY TO TRANSFER FALSE
IDENTIFICATION DOCUMENTS

---

**Plaintiff**

**USA**                                    represented by  **Michael E. Savage**
                                                           U.S. Attorney's Office
                                                           227 W. Trade St.
                                                           1700 Carillon
                                                           Charlotte, NC 28202
                                                           704/344-6222
                                                           Fax: 704/227-0197
                                                           Email: mike.savage2@usdoj.gov
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*
                                                           *Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/22/2025 | 1 | S/FL SEALED INDICTMENT as to Emanuel Ashtor (Attachments: # 1 S/FL - Warrant, # 2 S/FL - Warrant Page Identifier)(brl) (Entered: 01/23/2025) |
| 01/22/2025 |  | Arrest (Rule 5) of Emanuel Ashtor (brl) (Entered: 01/23/2025) |
| 01/23/2025 |  | Set Hearings as to Emanuel Ashtor: Initial Appearance - Rule 5 set for 1/23/2025 01:15 PM in Courtroom #1B, 401 W Trade St, Charlotte, NC 28202 before US Magistrate Judge Susan C. Rodriguez. (brl) (Entered: 01/23/2025) |
| 01/23/2025 |  | ORAL MOTION to Unseal Case by USA as to Emanuel Ashtor. (brl) (Entered: 01/23/2025) |
| 01/23/2025 |  | **ORAL ORDER granting the Oral Motion to Unseal Case as to Emanuel Ashtor (1). Entered by US Magistrate Judge Susan C. Rodriguez on 1/23/2025. (brl)** (Entered: 01/23/2025) |
| 01/23/2025 |  | Minute Entry: INITIAL APPEARANCE in Rule 5(c)(3) Proceedings as to Emanuel Ashtor held before US Magistrate Judge Susan C. Rodriguez. Defendant advised of rights & charges. Defendant moved for appointment of counsel. Defendant filed a financial affidavit. Court approved appointment of counsel for initial appearance purposes in this district only.. Government did not move for detention. Defendant waived identity hearing. Defendant released on conditions. Defendant ordered to appear in charging district. Government attorney: Michael Savage. Defendant attorney: Taylor Goodnight. Court Reporter: Digital Court Recorder. (brl) (Entered: 01/23/2025) |
| 01/23/2025 | 2 | CJA 23 (Ex Parte) Financial Affidavit by Emanuel Ashtor (brl) (Entered: 01/23/2025) |
| 01/23/2025 |  | **ORAL ORDER APPOINTING FEDERAL DEFENDER Taylor Goodnight as to Emanuel Ashtor for initial appearance purposes in this district only. Entered by US Magistrate Judge Susan C. Rodriguez on 1/23/2025. (brl)** (Entered: 01/23/2025) |
| 01/23/2025 | 3 | WAIVER of Rule 5(c)(3) Hearings by Emanuel Ashtor (brl) (Entered: 01/23/2025) |
| 01/23/2025 | 4 | **Appearance Bond Entered *(Restricted)* as to Emanuel Ashtor in amount of $25,000. Signed by US Magistrate Judge Susan C. Rodriguez on 1/23/2025. (brl)** (Entered: 01/23/2025) |

| 01/23/2025 | 5 | **ORDER *(Restricted)* Setting Conditions of Release as to Emanuel Ashtor (1) 25KU. Signed by US Magistrate Judge Susan C. Rodriguez on 1/23/2025. (brl)** (Entered: 01/23/2025) |
|---|---|---|
| 01/23/2025 | 6 | **ORDER holding defendant to answer and to appear in district of prosecution or district having Probation Jurisdiction as to Emanuel Ashtor. Signed by US Magistrate Judge Susan C. Rodriguez on 1/23/2025. (brl)** (Entered: 01/23/2025) |
| 01/23/2025 | | Notice to Southern District of Florida of a Rule 5 or Rule 32 Initial Appearance as to Emanuel Ashtor. Your case number is: 25-cr-20021. Using your PACER account, you may retrieve the docket sheet and documents. (Documents: 1 S/FL Indictment, 3 Waiver of Rule 5(c)(3) Hearings, 4 Bond, 5 Order Setting Conditions of Release, 6 Order Rule 5 Bond Release) (*If you wish to designate a different email address for future transfers, send a request to InterDistrictTransfer_TXND@txnd.uscourts.gov.*) (brl) (Entered: 01/23/2025) |
| 01/23/2025 | | Rule 5(c)(3) Documents Emailed to Southern District of Florida as to Emanuel Ashtor (brl) (Entered: 01/23/2025) |
| 01/24/2025 | 8 | PRETRIAL REPORT *(SEALED - Attorney)* as to Emanuel Ashtor (available to Emanuel Ashtor, USA) (Amanda Martin - sb) (Entered: 01/24/2025) |
| 01/27/2025 | 9 | Original Notice Regarding US Passport *(Sealed - Attorney)* as to Emanuel Ashtor; (available to: Emanuel Ashtor, USA) (Rodrick Burnette - me) (Entered: 01/27/2025) |

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
## Western District of North Carolina

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Case No: 3:25−mj−00020−SCR *SEALED* |
| **v.** | ) |
| | ) Charging District: Southern District of Florida |
| Emanuel Ashtor | ) |
| *Defendant* | ) Charging District's Case No: 25-CR-20021 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: AS NOTIFIED BY THE SOUTHERN DISTRICT OF FLORIDA | Courtroom No.: |
|---|---|
| | Date and Time |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: __ January 23, 2025 __

*Susan C. Rodriguez*

Susan C. Rodriguez
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
### Western District of North Carolina

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| **v.** | ) Case No: 3:25−mj−00020−SCR *SEALED* |
| Emanuel Ashtor | ) Charging District's Case No: 25-CR-20021 |
| *Defendant* | ) |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the Southern District of Florida

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)     a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise − unless I am indicted − to determine whether there is probable cause to believe that an offense has been committed;

(5)     a hearing on any motion by the government for detention;

(6)     request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑     an identity hearing and production of the warrant.

☐     a preliminary hearing.

☐     a detention hearing.

☐     an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: __ January 23, 2025 __

_____
*Defendant's Signature*

_____
*Signature of defendant's attorney (if any)*

Taylor Goodnight
*Printed name of defendant's attorney (if any)*