# MINUTE ORDER

Page 5

## Magistrate Judge Eduardo I. Sanchez

Atkins Building Courthouse - 9th Floor     Date: 2/06/25     Time: 2:00 p.m.

Defendant: Emmanuel Ashtor     J#: 56845-511     Case #: 25-CR-20021-GAYLES/GOODMAN

AUSA: Jonathan Stratton     Attorney: _____

Violation: Consp to Damage a Protected Computer. Consp to Commit Wire Fraud and Mail Fraud. Consp to Commit Money Laundering. Consp to Transfer false ID Docs.

Surr/Arrest Date: _____     YOB: _____

Proceeding: Initial Appearance     CJA Appt: Frank Quintero Jr.

Bond/PTD Held: ☐ Yes ☒ No     Recommended Bond: _____

Bond Set at: STIP - $100K PSB     Co-signed by: _____

- [x] Surrender and/or do not obtain passports/travel docs
- [x] Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- [ ] Random urine testing by Pretrial Services / Treatment as deemed necessary
- [x] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [x] Maintain or seek full-time employment/education
- [x] No contact with ~~victims/witnesses,~~ except through counsel — co-defendant and defts in related case / victims/ witnesses and in the presence of counsel
- [x] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [x] Travel extended to: (court) S/D-FL and (remote) W/D-NC and NY + CA for (work)
- [ ] Other: _____

Language: English

Disposition:
- Deft. advised of rights and charges; Deft sworn
- Ore tenus Mtn for Court Appointed Counsel - Granted CJA is appointed
- Ore Mtn for Bond - Granted Defense Stipulated to $100K PSB
- Defendant Released
- Reading of indictment Waived
- ~~Not Guilty plea entered~~
- ~~Jury trial demanded~~
- ~~Standing Discovery Order requested.~~
- Defendant Arraigned
- Brady Order Given

Time from today to ___ excluded from Speedy Trial Clock

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| Report RE Counsel: | | | | |
| PTD/Bond Hearing: | | | | |
| Prelim/Arraign or Removal: | | | | |
| Status Conference RE: | | | | |

D.A.R. 14:37:13, 15:10:43     Time in Court: 19 minutes

s/Eduardo I. Sanchez     Magistrate Judge