**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 25-20021-CR-GAYLES**

**UNITED STATES OF AMERICA**

vs.

**JIN SUNG-IL, et al.**

       **Defendants.**
_____/

**<u>NOTICE OF APPEARANCE</u>**

The United States of America, through its undersigned Trial Attorney, respectfully submits this Notice of Appearance, requesting that Trial Attorney Gregory Jon Nicosia, Jr. be informed of all future filings in the above-captioned case.

                                              Respectfully submitted,

                                              SUE BAI
                                              ACTING SUPERVISORY OFFICIAL
                                              NATIONAL SECURITY DIVISION

                            By:    */s/ Gregory J. Nicosia, Jr.*
                                              GREGORY JON NICOSIA, JR.
                                              Court No. A5503319
                                              Trial Attorney
                                              National Security Division
                                              950 Pennsylvania Avenue, NW
                                              Washington, DC 20530
                                              (202) 353-4273
                                              Gregory.Nicosia@usdoj.gov

2

**CERTIFICATE OF SERVICE**

     **I HEREBY CERTIFY** that on February 21, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

     */s/ Gregory J. Nicosia, Jr.*
     GREGORY JON NICOSIA, JR.
     Court No. A5503319
     Trial Attorney