UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-20021-CR-GAYLES

UNITED STATES OF AMERICA,

v.

EMANUEL ASHTOR,

    Defendant.
_____/

## ORDER GRANTING MOTION FOR PERMISSION TO CHANGE RESIDENCE

**THIS CAUSE** came before the Court upon Defendant Emanuel Ashtor's Unopposed Motion for Permissions to Change Residence [ECF No. 30]. The Court has considered the Motion, and being otherwise fully advised, it is

**ORDERED AND ADJUDGED** that the Motion to for Permission to Change Residence is **GRANTED**. Defendant Ashtor may change his residence to reside at 2117 Zephyr Wind Way, Charlotte, NC 28212. All other conditions of release shall remain in full force and effect until further order of this Court.

**DONE AND ORDERED** in Chambers at Miami, Florida on March 3, 2025.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

Cc:    counsel of record
        U.S. Probation and Pretrial Services