UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-20021-CR-GAYLES

UNITED STATES OF AMERICA,

v.

ERICK NTEKEREZE PRINCE,
EMANUEL ASHTOR,

Defendants.
_____/

## JOINT MOTION FOR CONTINUANCE OF TRIAL

Defendants, **ERICK NTEKEREZE PRINCE**, **EMANUEL ASHTOR,** and the United States of America ("Government") by and through their respective counsel, and in accordance with *18 U.S.C. §3161(h)(7)* and *S.D. Fla. L.R. 7.6*, hereby file this Joint Motion for Continuance of the currently set trial date. As grounds in support of this request, the Parties state:

On January 21, 2025, the United States filed a Sealed Indictment against these Defendants and three other defendants.

Defendant Emanuel Ashtor ("Defendant Ashtor") was arrested on January 22, 2025, and on January 23, 2025, Defendant Erick Ntekereze Prince ("Defendant Prince") was arrested.

On January 22, 2025, an Order granting the United States' Motion to Unseal the Indictment was granted. [DE 6]. The Indictment charges the Defendants with Conspiracy to Damage a Protected Computer in violation of 18 U.S.C. § 371 (Count 1); Conspiracy to Commit Wire Fraud and Mail Fraud in violation of 18 U.S.C. § 1349 (Count 2); Conspiracy to Commit Money Laundering in violation of 18 U.S.C. § 1956(h) (Count 3); and Conspiracy to Transfer False Identification Documents in violation of 18 U.S.C. §1028(a)(2) and (f).  [DE 3].

On February 6, 2025, Defendants were arraigned in this matter. [DE 15, 18].

1

The Government filed a Motion for Protective Order on February 20, 2025, which the Court granted on February 21, 2025. [DE 24, 27].

On March 4, 2025, the Court entered an Order setting trial for the two-week period commencing May 19, 2025, and calendar call is set for May 14, 2025. [DE 34].

The Government provided initial discovery on February 24, 2025, but has indicated there is additional discovery, including the forensic report for Defendant Ashtor's laptop. As with any electronic forensics, it is anticipated that the additional discovery will be substantial.

Accordingly, the Parties jointly request a 60-day continuance of trial.

This Motion is being filed in good faith and in the interest of judicial economy to afford Defendants effective assistance of counsel. The subject Motion is not being filed for purposes of undue delay.

WHEREFORE the Parties respectfully pray that this Honorable Court grant this Joint Motion for Continuance of Trial, enter an Order continuing this case for sixty (60) days, and for any other relief the Court deems proper and just under the circumstances.

| **QUINTERO BROCHE, P.A.**<br>*Attorney for Emanuel Ashtor*<br><br>BY: /s/ *Frank Quintero, Jr.*<br>   FRANK QUINTERO, JR.<br>   Florida Bar No.: 399167<br>   75 Valencia Ave., Suite 800<br>   Coral Gables, Florida 33134<br>   Tel.: 305-446-0303/Fax: 305-446-4503<br>   E-mail:<br>      fquintero@quinterolaw.net<br>      eservice@quinterolaw.net | **FEDERAL PUBLIC DEFENDER**<br>Hector Dopico<br>*Attorney for Erick Ntekereze Prince*<br><br>BY: /s/*Marisa Rayna Taney*<br>   Marisa Rayna Taney<br>   Assistant Federal Public Defender<br>   150 W. Flagler Street, Suite 1700<br>   Miami, Florida 33130<br>   Tel: (305) 530-7000<br>   Email: Marisa_Taney@fd.org |
|---|---|

2

| **NATIONAL SECURITY DIVISION**<br>Sue Bai<br>*Acting Supervisory Official*<br><br>BY: */s/ Gregory J. Nicosia, Jr.*<br>     GREGORY JON NICOSIA, JR.<br>     Court No. A5503319<br>     Trial Attorney<br>     National Security Division<br>     950 Pennsylvania Avenue, NW<br>     Washington, DC 20530<br>     Tel: (202) 353-4273<br>     Email: Gregory.Nicosia@usdoj.gov | **UNITED STATES ATTORNEY'S OFFICE**<br>Hayden P. O'Byrne<br><br><br>BY: */s/ Sean Paul Cronin*<br>     Sean Paul Cronin<br>     Assistant United States Attorney<br>     Court No. A5500940<br>     99 NE 4th Street<br>     Miami, FL 33132<br>     Tel: 305-961-9194<br>     Fax: 305-530-6168<br>     Email: sean.p.cronin@usdoj.gov |
|---|---|

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 29, 2025, a true and correct copy of the foregoing has been filed and served on all counsel of record via CMECF.

                                      Respectfully submitted,

                                      **QUINTERO BROCHE, P.A.**
                                      *Attorneys for Defendant Emanuel Ashtor*
                                      75 Valencia Ave., Suite 800
                                      Coral Gables, Florida 33134
                                      Tel.: 305-446-0303
                                      Fax: 305-446-4503
                                      E-mail: eservice@quinterolaw.net
                                                   fquintero@quinterolaw.net

                                      BY: */s/ Frank Quintero, Jr.*

                                          FRANK QUINTERO, JR.
                                          Fla. Bar 399167